# United States Court of Appeals
## For the Eighth Circuit

_____

No. 11-1356

_____

United States of America

*Plaintiff - Appellee*

v.

Eldridge A. Sumlin

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Missouri - Cape Girardeau

_____

Submitted: November 7, 2012
Filed: December 4, 2012
[Unpublished]

_____

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

_____

PER CURIAM.

This case is on remand from the Supreme Court. In our opinion filed January 25, 2012, United States v. Sumlin, 453 F. App'x 668 (8th Cir. 2012), we affirmed Eldridge Sumlin's sentence for possession with intent to distribute five grams or more of cocaine base, in violation of 21 U.S.C. § 841(a)(1) and punishable under 21 U.S.C. § 841(b)(1)(B). Sumlin then petitioned the Supreme Court for a writ of certiorari.

The Supreme Court granted the petition, vacated our judgment, and remanded the case for further consideration in light of <u>Dorsey v. United States</u>, 132 S. Ct. 2321 (2012).

In <u>Dorsey</u>, the Supreme Court held that the "more lenient penalty provisions" of the Fair Sentencing Act (FSA) "apply to offenders who committed a crack cocaine crime before August 3, 2010, but were not sentenced until after August 3." <u>Id.</u> at 2326. Sumlin is entitled to relief under <u>Dorsey</u> because his offense occurred on July 22, 2010, and he was sentenced on February 8, 2011. Accordingly, we vacate Sumlin's sentence and remand the case to the district court for resentencing consistent with <u>Dorsey</u> and the FSA.

_____